

# FARRELL SMITH O'CONNELL

David J. Farrell, Jr.
David S. Smith*
Liam T. O'Connell
Kirby L. Aarsheim**
Olaf Aprans
Jason R. Harris***
J. Andrew Black**°
Parker Zellem

\* Also admitted in ME
\*\*Also admitted in RI
\*\*\*Admitted in NC, TX & VA
° Of Counsel

ATTORNEYS AT LAW & PROCTORS IN ADMIRALTY

April 2, 2024
Via *Regular Mail*

Steven M. Cadieux Jr.
47 Beacon Hill Road
Fairhaven, MA  02719

Re:  IN RE THE MATTER OF JIM SILVER, AS OWNER OF THE SEA-RENITY NOW (O.N. 1212716), A 30.3' RECREATIONAL VESSEL, FOR EXONERATION FROM OR LIMITATION OF LIABILITY.
United States District Court for the District of Massachusetts C.A. No.1:22-cv-11833-IT

Mr. Cadieux:

We have not received your responses to the Requests for Production of Documents mailed to you on December 18, 2023, and the Interrogatories mailed to you on January 12, 2024. Your responses are now well overdue.

Pursuant to Local Rule 7.1 please call me by 4:00 p.m. on April 10, 2024, to discuss a solution to this issue. I can be reached at 978-744-8918. If we do not hear from you by then, we will be filing a motion with the court to compel your responses. I have included copies of the discovery requests previously mailed to you for your convenience.

Thank you for your attention to this matter.

Very truly yours,

*Parker T. Zellem*

Parker T. Zellem, Esq.

Enclosure Plaintiff's Interrogatories to Steven M. Cadieux Jr. and Plaintiff's Requests for Production of Documents to Steven M. Cadieux Jr.

---

FARRELL SMITH O'CONNELL AARSHEIM APRANS LLP
Offices in Massachusetts, Rhode Island, and North Carolina

27 Congress Street, Suite 508, Salem, MA 01970
T: 978-744-8918 | F: 978-666-0383